## HARTZELL v. STATE.
### No. 24805.

Court of Criminal Appeals of Texas.
June 7, 1950.

Rehearing Denied Oct. 11, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant entered a plea of guilty to the offense of driving a motor vehicle upon a public street while intoxicated and was fined the sum of $50 by the court.

The complaint and information, as well as all other matters of procedure, appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.